to the Court, denied. Certiorari denied. JUSTICE O'CONNOR and JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

SEPTEMBER 1, 2000

No. 00–5516. MONTOYA *v.* UNITED STATES. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 8, 2000

No. 99–9136. DANIELS *v.* UNITED STATES. C. A. 9th Cir. Motion of petitoner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–1806. WILLETT *v.* ILLINOIS ET AL., *ante,* p. 1244;

No. 99–8732. BARNES *v.* GILMORE, GOVERNOR OF VIRGINIA, *ante,* p. 1206;

No. 99–9220. JACKSON *v.* WEST, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 1234;

No. 99–9229. SARTORI *v.* VIRGINIA, *ante,* p. 1278;

No. 99–9266. BROWN *v.* DANZIG, SECRETARY OF THE NAVY, *ante,* p. 1248;

No. 99–9502. BOYD *v.* DAVIS, CLERK, SUPREME COURT OF MICHIGAN, *ante,* p. 1280;

No. 99–9571. BEADLES *v.* UNITED STATES, *ante,* p. 1280; and

No. 99–9615. IN RE WILLIAMS, *ante,* p. 1228. Petitions for rehearing denied.

No. 96–6839. ALMENDAREZ-TORRES *v.* UNITED STATES, 523 U. S. 224. Motion for leave to file petition for rehearing denied.

SEPTEMBER 11, 2000

No. 00–234. HAAS AUTOMATION, INC., ET AL. *v.* IMS TECHNOLOGY, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.